Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Attorneys for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br>Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC.; et al.,<br>Defendants.<br>_____ | Case No.:  CV-09-4139 SVW (CWx)<br><br>**ORDER ON PARTIES' STIPULATION TO DISMISS ACTION PURSUANT TO FED.R.CIV.P. 41 (a)(1)(A)(ii)** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

A. This action is dismissed with prejudice in its entirety;

B. This Court will retain jurisdiction to enforce the terms of the settlement agreement precipitating this dismissal; and

C. Each party to this action is to bear its own costs and attorneys' fees as incurred against one another.

<u>SO ORDERED.</u>

Dated: March 3, 2010

By: _____
HONORABLE STEPHEN V. WILSON

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS